

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00381-CV
_____

KATHERINE WESLEY KING, APPELLANT

V.

NOVA SHADOW HOLDINGS LLC,
TRUSTEE OF THE GREENFIELD RESIDENCE TRUST, APPELLEE

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2025-04168-JP, Honorable Robert Ramirez, Presiding

April 13, 2026

MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Katherine Wesley King, proceeding pro se, appeals from the trial court's *Default Judgment*. Appellant's brief was due March 9, 2026, but was not filed. By letter of March 16, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by March 26, 2026. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam